UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM SPIVEY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 11-cv-326-JPG-PMF

ANDRE TAYLOR,

    Defendant.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andre Taylor and against plaintiff William Spivey.

**DATED: November 6, 2012**　　　NANCY J. ROSENSTENGEL, Clerk of Court

                                       s/Brenda K. Lowe, Deputy Clerk

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**